UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED HERITAGE PROPERTY &
CASUALTY COMPANY.

        Plaintiff,

v.

JOSEPH R. PIETRI,

        Defendant.

Civil No. 07-460-JE

ORDER

HAGGERTY, Chief Judge:

Magistrate Judge Jelderks has issued a Findings and Recommendation [11] in this action. The Magistrate Judge recommended that defendant's motion to dismiss for lack of jurisdiction [4] be granted. No objections were filed, and the case was referred to me.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation [11] is ADOPTED. Defendant's motion to dismiss for lack of jurisdiction [4] is GRANTED, and this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated this _15_ day of October, 2007.

Ancer L. Haggerty
United States District Judge